Carson Brothers, et al., Appellants, v. Wilson & Toomer Fertilizer Company, et al., Appellees.

*Akerman & Akerman,* for Appellants.

*Milam, McIlvaine & Milam* and *Gibbons & Gibbons,* for Appellee.

Henry R. Curry, et al., Appellants, v. J. A. Cook and Andrew Cook, Appellees.

*Fred D. Bryant* and *J. M. Gardenheir,* for Appellants.

W. B. Wright, et all., Appellants, v. Anna Ginsberg, et al., Appellees.